# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 29, 2015

## NO. 03-13-00204-CV

**Mary Smith d/b/a Upscale Child Development Center, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on April 25, 2013. Because the trial court lacked jurisdiction to issue the April 25, 2013 judgment, that judgment is vacated. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's February 20, 2013 judgment. Therefore, the Court affirms the trial court's February 20, 2013 judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.